UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80288-CIV-HURLEY

CHANEL, INC.,
    plaintiff,

vs.

HETTY FELDMAN PALANT
a/k/a HETTY PALANT d/b/a DESIGNS BY HATTY,
    defendant.
_____/

**CLOSED CASE**

### ORDER GRANTING REQUEST FOR ENTRY OF STIPULATED CONSENT FINAL JUDGMENT OF PERMANENT INJUNCTION & FINAL JUDGMENT ON DAMAGES & ORDER OF CLOSE- OUT

    **THIS CAUSE** is before the court on the parties' request for entry of stipulated consent final judgment on damages and stipulated consent final judgment of permanent injunction [DE# 15, 16]

    Upon consideration, it is **ORDERED AND ADJUDGED**:

    1. The request for entry of final judgment of permanent injunction is **GRANTED**, and the consent final judgment of permanent injunction and final judgment on damages to which the parties have stipulated shall contemporaneously enter as separate orders of final judgment on this date. The court shall retain jurisdiction to enforce its orders of permanent injunction.

    2. The Clerk of the Court shall accordingly enter this case as **CLOSED**.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 23 day of April, 2008.

                                            Daniel T. K. Hurley
                                            United States District Judge

copies to: all counsel

all counsel