UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-80288-CIV-HURLEY

| | |
|---|---|
| CHANEL, INC., a New York Corporation )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>)<br>)<br>vs. )<br>HETTY FELDMAN PALANT a/k/a )<br>HETTY PALANT d/b/a DESIGNS BY )<br>HETTY and DOES 1-10 )<br>)<br>Defendants. )<br>)<br>_____ ) | **STIPULATED CONSENT FINAL JUDGMENT** |

WHEREAS, this action having been commenced by the Plaintiffs, Chanel, Inc. ("Chanel"), against Hetty Feldman Palant a/k/a Hetty Palant d/b/a Designs by Hetty ("Palant" or "Defendant"), alleging *inter alia*, trademark counterfeiting, trademark infringement, dilution, and unfair competition, and the Plaintiffs and the Defendants having resolved the Plaintiffs' claims to each of their satisfaction;

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED:

1.  Judgment is entered in favor of the Plaintiff and against Defendant on all Counts of the Complaint.

2.  Plaintiff is hereby awarded damages in the sum of Three Hundred Thousand Dollars ($300,000.00) against the Defendant, subject to the terms and conditions of the Confidential Settlement Agreement dated April 11, 2008 between Plantiff and Palant.

3. Plaintiff is authorized to record this Stipulated Judgment but shall not execute, attach, garnish and/or levy upon any real or personal property of the Defendant, nor engage in any collection activities against Defendant to enforce the Stipulated Judgment, unless Palant defaults on any monetary portion of the Confidential Settlement Agreement between the Parties; provided however, that Plaintiff may institute garnishment or similar type of post-judgment proceedings against the Palm Beach County Sheriff's Office or any other Palm Beach County or State of Florida governmental agencies for the purpose of recovering all money seized from the Defendant's home, place of business or person.

4. Due to the factual circumstances giving rise to the damage award set forth herein, the damage award in favor of the Plaintiff is a non-dischargeable debt under Section 523(a)(6) of the United States Bankruptcy Code, Title 11 U.S.C. §101, *et seq.*

5. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Stipulated Consent Final Judgment and the Confidential Settlement Agreement between the parties.

SO STIPULATED:

Dated this ____ day of April, 2008.

        STEPHEN M. GAFFIGAN, P.A.
        Counsel for Plaintiff
        312 S.E. 17th Street, Second Floor
        Ft. Lauderdale, Florida 33316
        Telephone: (954) 767-4819
        Facsimile: (954) 767-4821
        Email: Stephen@smgpa.net

        By: _____s:/smgaffigan/_____
        Stephen M. Gaffigan
        Fla. Bar No. 025844

GENOVESE JOBLOVE & BATTISTA, P.A.
200 East Broward Boulevard, Suite 1110
Ft. Lauderdale, Florida 33301
Telephone: 954.453.8000
Facsimile: 954-453-8010
E-mail: bgruher@gjb-law.com

By: s:/bgruher/
Barry P. Gruher
Fla. Bar No. 960993

SO ORDERED this 23 day of April, 2008.

DANIEL T.K. HURLEY
District Court Judge

cc: all counsel